TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00653-CV









In re Regency Nursing & Rehabilitation Centers, Inc.; Elgin Golden Years


Nursing & Rehabilitation Center; and Travis Wheat







ORIGINAL PROCEEDING FROM BASTROP COUNTY





M E M O R A N D U M O P I N I O N




 The petition for writ of mandamus filed by Regency Nursing and Rehabilitation
Centers, Inc., Elgin Golden Years Nursing and Rehabilitation Center and Travis Wheat is denied. 
Relators' Motion for Temporary Relief Pending Decision on Petition for Writ of Mandamus is
overruled.



 __________________________________________

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and Puryear

Filed: November 20, 2003